| | | |
|---|---|---|
| IN RE: MARIE PLACIDE, PRAYING FOR MONITION | * | NO. 2023-CA-0476 |
| | * | |
| | | COURT OF APPEAL |
| | * | |
| | | FOURTH CIRCUIT |
| | * | |
| | | STATE OF LOUISIANA |

* * * * * * *

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2021-05874, DIVISION "M"
Honorable Paulette R. Irons, Judge
* * * * * *
**Judge Rachael D. Johnson**
* * * * * *
(Court composed of Judge Roland L. Belsome, Judge Paula A. Brown, Judge Rachael D. Johnson)

On Application for Rehearing

Jonah A. Freedman
JONAH FREEDMAN LAW, LLC
700 Camp Street, Suite 316
New Orleans, LA 70130

    COUNSEL FOR APPELLEE

Scott Joseph Sonnier
ATTORNEY AT LAW
601 Poydras Street
Suite 1620
New Orleans, LA 70130

    COUNSEL FOR APPELLANT

**LIMITED REHEARING GRANTED;
RELIEF DENIED; JANUARY 24, 2024
OPINION AFFIRMED AS CLARIFIED**
    **March 12, 2024**

*RDJ*
*RLB*
*PAB*

Appellee Marie Placide petitions this Court for rehearing of our January 24, 2024 decision, reversing the March 29, 2023 district court judgment that sustained Ms. Placide's exceptions of no right and no cause of action and dismissed the claims of Appellant William Green, Jr., with prejudice.

We grant Ms. Placide's application for the limited purpose of clarifying our holding that because Mr. Green pled that he "did not receive post-tax sale notice nor notice of the expiration of the redemption period from the tax collector under La. Rev. Stat. 47:2156" that he stated a cause of action for a redemption nullity. Here, we clarify that receipt of actual notice of a tax sale is not statutorily required. Nevertheless, Mr. Green pled in his First Amended and Restated Petition of Intervention that "the Tax Collector for the City of New Orleans failed to properly notify all interested parties of the . . . redemption period" pursuant to La. Rev. Stat. 47:2153. We find this to be an allegation that he was not "duly notified" of the tax sale pursuant to La. Rev. Stat. 47:2122(10).[1] Thus, we uphold our finding

---

[1] A redemption nullity is defined as "the right of a person to annul a tax sale in accordance with R.S. 47:2286 because he was not duly notified at least six months before the termination of the redemptive period." La. Rev. Stat. 47:2122(10).

1

that Mr. Green stated a valid cause of action for a redemption nullity. In all other respects, rehearing is denied, and the January 24, 2024 judgment is affirmed as clarified.

**LIMITED REHEARING GRANTED; RELIEF DENIED; JANUARY 24, 2024 OPINION AFFIRMED AS CLARIFIED**